Wanda Conti

28-05 34th DEBT LLC
c/o Kriss & Feuerstein LLC
360 Lexington Avenue, Suite 1200
New York, NY 10017-6502

AS Arete LLC c/o Gregory Funding, LLC
c/o Frenkel Lambert et al
53 Gibson Street
Bay Shore, NY 11706-8369

Bank of New York Mellon
Shapiro, DiCaro & Barak, LLC
105 Maxess Road, Suite N109
Melville, NY 11747-3854

JV 48 LLC
c/o Berliner & Pilson, Esqs.
40 Cuttermill Road
Suite 308|Great Neck, NY 11021-3213

America's Servicing Company
U.S. Bank National Association, as Trust
c/o Shapiro DiCaro & Barak, LLC
105 Maxess Road, Suite N109
Melville, NY 11747-3854

Bank of America
Attn: Correspondence Unit
CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062-5170

Bank of America, NA
c/o Davidson Fink LLP
28 East Main Street
Suite 1700
Rochester, NY 14614-1918

Central Fin. Control
Po Box 66044
Anaheim, CA 92816-6044

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Real Time Resolutions, Inc.
1349 Empire Central Drive, Suite #1
Dallas, Texas 75247-4029

Select Portfolio Servicing
Po Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank National Association, as Trustee
C/O Americas Servicing Company
Attn: Bankruptcy Department
3476 Stateview Blvd, MAC #D3347-014
Fort Mill, SC 29715-7203

Wells Fargo
Po Box 60510
Los Angeles, CA 90060-0510

Shellpoint Mortgage Servicing
PO  Box 1410
Troy MI 48099-1410

Davidson Fink  LLP
28 East Main St  Suite 1700
Rochester, NY 14614