UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                    Chapter 11

WANDA CONTI,                                   Case No. 17-40583 (CEC)

                          Debtor.

-----------------------------------------------------------x

## ORDER DISMISSING CASE WITH PREJUDICE

Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on March 15, 2017 to dismiss this case, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on September 27, 2017, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED that the case of Wanda Conti, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. §§ 349(a) and 1112(b), with prejudice to the Debtor refiling any bankruptcy case for the two year period following the date of entry of this order without leave of the Court obtained on prior notice to the United States Trustee; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



**Dated: Brooklyn, New York**
**October 30, 2017**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**